UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re:  
COLTON SCOTT PAULHUS  

Bankruptcy Case No. 24-24588-B-7

Debtor(s).

ATH ASHEVILLE, et. al.,  
    Plaintiff(s),

Adversary Proceeding No. 25-2011

vs.

COLTON SCOTT PAULHUS

    Defendant(s).

### REQUEST FOR ENTRY OF DEFAULT BY PLAINTIFF(S)

*(This form is to be used for a single defendant only. If you have multiple defendants, please submit a separate request for each.)*

On (date) January 22, 2025, a summons was issued in this case.

On (date) January 27, 2025, the summons and complaint were properly and timely served on Colton Scott Paulhus, defendant in this adversary proceeding. Service on said defendant was made within 7 days of the date that the Summons was issued.

The defendant so served was required to file an answer or other responsive pleading to said complaint or a motion pursuant to Federal Rule of Bankruptcy Procedure 7012 on or before February 26, 2025. The defendant so served did not file an answer, a motion, or other responsive pleading by that date, or by the date set in an extension of time, if any.

Defendant filed a motion to dismiss complaint on February 25, 2025. Defendant's moiton was denied without prejudice "to being refiled, set, and served by March 5, 2025." (ECF #8). Defendant has not complied or filed an answer.

Accordingly, I request that default be entered against the defendant named herein.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 03/11/2025

_LEONIDAS G. SPANOS_
(Type or Print Name)

_/s/ [signature]_
(Signature of plaintiff or attorney for plaintiff)

---

**DECLARATION OF PROPER PROOF OF SERVICE**
*(This declaration must be filed in addition to a proof of service.)*

The defendant is an individual. Service was effected in compliance with (check one if applicable):

    Fed. R. Bankr. P. 7004(b)(1) ✔

    Fed. R. Bankr. P. 7004(b)(7) _____

    Fed. R. Bankr. P. 7004(b)(8) _____

The defendant is an infant or incompetent person. Service was effected in compliance with (check one if applicable):

    Fed. R. Bankr. P. 7004(b)(2) _____

    Fed. R. Bankr. P. 7004(b)(8) _____

The defendant is a corporation, partnership, or other unincorporated association. Service was effected in compliance with (check one if applicable):

    Fed. R. Bankr. P. 7004(b)(3) _____

    Fed. R. Bankr. P. 7004(b)(7) _____

    Fed. R. Bankr. P. 7004(b)(8) _____

    Fed. R. Bankr. P. 7004(i)(8) _____

1  The defendant is the United States. Service was effected in
compliance with Local Bankruptcy Rule 2002-1 and in compliance
2  with (check one if applicable):

3             Fed. R. Bankr. P. 7004(b)(4)  _____

4             Fed. R. Bankr. P. 7004(b)(8)  _____

5
      The defendant is an office or agency of the United States,
6  other than the United States Trustee. Service was effected in
   compliance with (check one if applicable):
7
             Fed. R. Bankr. P. 7004(b)(4)  _____
8
             Fed. R. Bankr. P. 7004(b)(5)  _____
9
             Fed. R. Bankr. P. 7004(b)(8)  _____
10

11     The defendant is a state or municipal corporation. Service
   was effected in compliance with (check one if applicable):
12
             Fed. R. Bankr. P. 7004(b)(6)  _____
13
             Fed. R. Bankr. P. 7004(b)(8)  _____
14

15     The defendant is the debtor in this bankruptcy case. Service
   was effected in compliance with (check if applicable):
16
             Fed. R. Bankr. P. 7004(b)(9)  _____
17

18     The defendant is the debtor in this bankruptcy case and is
   represented by an attorney. Service was effected in compliance
19 with (check if applicable):

20           Fed. R. Bankr. P. 7004(g)     ✔
             Defendant is represented by counsel in his Chapter 7 case but is acting in pro per in
21           this complaint. Defendant's bankruptcy counsel was served.
       The defendant is the United States Trustee. Service was
22 effected in compliance with (check if applicable):

23           Fed. R. Bankr. P. 7004(b)(10) _____

24
       The defendant is an Insured Depository Institution. Service
25 was effected in compliance with (check one if applicable):

26           Fed. R. Bankr. P. 7004(h)     _____

27           Fed. R. Bankr. P. 7004(h)(1)  _____

28

Fed. R. Bankr. P. 7004(h)(2) _____

Fed. R. Bankr. P. 7004(h)(3) _____

Fed. R. Bankr. P. 7004(i)(8) _____

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: 03/11/2025

LEONIDAS G. SPANOS
(Type or Print Name)

*/s/ Leonidas G. Spanos*
(Signature of Plaintiff or Plaintiff's attorney)

**DECLARATION REGARDING AGE AND COMPETENCY OF DEFENDANT ALONG WITH DECLARATION RE NONMILITARY STATUS**

(✔) The defendant is not an infant or incompetent person.

(✔) The defendant named in this request is not entitled to the benefits of the Servicemembers Civil Relief Act of 2003. (50 App. U.S.C.A. 501 et seq.)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 03/11/2025

LEONIDAS G. SPANOS
(Type or Print Name)

*/s/ Leonidas G. Spanos*
(Signature of plaintiff or attorney for plaintiff)

[Print]   [Clear Form]