**Gordon Rees Scully Mansukhani, LLP**
1 East Liberty Street, Suite 424
Reno, NV 89501

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION**

| | |
|---|---|
| In re<br><br>COLTON SCOTT PAULHUS,<br><br>　　　　Debtor,<br>_____<br><br>ATH ASHEVILLE, et al.,<br><br>　　　　Creditors and Plaintiffs on behalf of itself and all others similarly situated,<br><br>　　v.<br><br>COLTON SCOTT PAULHUS,<br><br>　　　　Defendant. | CASE NO.   24-24588-B-&<br><br>Chapter 7<br><br>Hon. Christopher D. Jaime<br><br><br><br>Adversary Proceeding No. 25-02011<br><br>**DECLARATION OF COLTON PAULHUS IN SUPPORT OF MOTION TO SET ASIDE DEFAULT** |

I, Colton Paulhus, Defendant in the above instant action do hereby declare as follows:

1. The Plaintiffs claim that I am liable for fraud and misrepresentation in Franchise Disclosure Documents ("FDD") for ATHF, LLC, but this is totally untrue.
2. I made clear in Item 19 of the FDD's that nearly half of the overall gross sales from ATH, INC. were from ADU's sold but not yet installed.
3. Part of the process of installation was the requirement that ATH, Inc. obtain permits from the State of California to install the ADU's.
4. This process was lengthy, requiring 7-10 months to complete.
5. As a result, ATH, Inc. had to take out loans to continue the installation process and to fuel expansion.
6. Upon engagement with the Plaintiffs, ATH was a prosperous company with a track record of success.

-1-
DECLARATION OF COLTON PAULHUS IN SUPPORT OF MOTION TO SET ASIDE DEFAULT

7. That same month, ATH received a $5 million dollar SBA loan to go towards growth and expansion.

8. Simultaneously, ATH engaged BMO, a professional investment bank, Raintree and Franchise Fastlane, Inc. to secure outside investments and/or acquisition offers via private equity investments.

9. Based on Franchise Fastlane's direct guidance, ATHF continued hiring, marketing, and sales, believing that growth would secure a pending equity deal. (Exhibit #1 - www.franchisefastlane.com)

10. At the same time, performances on existing contracts were underway.

11. The Plaintiff was engaged in meeting with our design manager and the team to design his custom ADU.

12. The Plaintiff's permitting package was in process and awaiting the design approval and completion.

13. At no time were there any fraudulent intention or misrepresentations made to Plaintiff.

14. At all times, ATH intended to complete the ADU project for the Plaintiff.

15. At all times, I, along with many others, were working to grow and expand our already successful business.

I declare under penalty of perjury that the foregoing statement is true and correct. This declaration is executed on November ___, 2025 at Sacramento, California.

_____
Colton Paulhus, Defendant

Dated: November 11, 2025

-2-
DECLARATION OF COLTON PAULHUS IN SUPPORT OF MOTION TO SET ASIDE DEFAULT