SEAN P. FLYNN (SBN 220184)
CRAIG SMITH (SBN 293020)
**GORDON REES SCULLY MANSUKHANI**
1 Liberty Street, Suite 424
Reno, NV 89501
Telephone: (775) 324-9800
Email: sflynn@grsm.com
smperlegos@grsm.com

Attorneys for Colton Scott Paulhus

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| In re | CASE NO. 24-24588-B-7 |
| COLTON SCOTT PAULHUS, | Chapter 7 |
| Debtor, | Hon. Christopher D. Jaime |
| ATH ASHEVILLE, et al., | |
| Creditors and Plaintiffs on behalf of itself and all others similarly situated, | Adversary Proceeding No. 25-02011 |
| v. | **NOTICE OF HEARING** |
| COLTON SCOTT PAULHUS, | |
| Defendant. | |

-1-
NOTICE OF HEARING

**TO THE UNITED STATES BANKRUPTCY COURT, EASTERN DISTRICT OF CALIFORNIA, DEBTOR YANKEE CONSTRUCTION COMPANY, INC., AND ITS ATTORNEY OF RECORD, CHAPTER 7 TRUSTEE, AND ALL OTHER INTERESTED PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on **January 20, 2025, at 11:00 a.m.**, or as soon thereafter as counsel may be heard at the above-entitled Court located at 501 "I" Street, 6th Floor, Courtroom 32, Sacramento, California, before Christopher D. Jaime, Movant Colton Scott Paulhus (hereinafter collectively referred to as "Movant"), will move this Court for an order setting aside default as set forth in the attached Motion to Set Aside Default.

Movant's Motion is based upon this Notice of Hearing, Movant's Motion to Set Aside Default, the pleadings and papers attached hereto and on file herein, and upon such other matters as may be presented to the Court at the time of the hearing.

This Motion is being heard on regular notice pursuant to Local Bankruptcy Rule 9014-1. If you wish to oppose this Motion, you must file a written response to this Motion with the Bankruptcy Court and serve a copy of it upon the Movant no less than 14 calendar days before the above hearing and appear at the hearing of this Motion.

If you do not want the Court to grant the relief sought, or if you want the Court to consider your view on the motion, then you must attend the hearing scheduled.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief and strike any untimely written opposition.

Please be advised that the Court may remove the matter from the calendar and submit the matter for decision or else issue a tentative ruling on the motion. Interested persons can ascertain which matters have been removed from the calendar and can view tentative ruling by viewing the Court's website at www.caeb.uscourts.gov after 4:00 p.m. the day before the hearing. Parties appearing telephonically must view the pre-hearing dispositions prior to the hearing.

**NOTICE IS FURTHER GIVEN** that you or your attorney must take all steps referenced above and appear at the hearing at the time and place stated above. If you or your attorney do not take these steps, the Court may decide that you do not oppose the approval of the Motion, remove the matter from the calendar and resolve it, including granting the requested relief, without oral argument.

The parties may appear telephonically by calling 1-866-582-6878 at least 24 hours prior to the hearing.

Dated: December 11, 2025                **GORDON REES SCULLY MANSUKHANI**

By: _s/Sean P. Flynn_
    Sean P. Flynn
    Craig Smith
    Attorneys for Colton Scott Paulhus