**3**
LEO SPANOS LAW
Leonidas G. Spanos, No. 261837
111 Deerwood Road, Suite 200
San Ramon, California 94583
T: (916) 583-7206
F: (916) 583-7856
leo@leospanoslaw.com

Attorney for Plaintiffs

LUTHER LANARD, PC
Doug Luther, SBN 280550
4675 MacArthur Court, Ste 1240
Newport Beach, CA 92660
T: (949) 806-6039
dluther@lutherlanard.com

Co-Counsel for Plaintiffs

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION**

| | |
|---|---|
| In Re:<br><br>COLTON SCOTT PAULHUS,<br><br>Debtor<br><br>______________________________<br><br>ATH Asheville, *et al.*<br><br>Creditors and Plaintiffs on behalf of itself and all other similarly situated<br><br>vs.<br><br>COLTON SCOTT PAULHUS<br><br>Defendant | Case No.: 24-24588-B-7<br><br>Adv. No.: 25-02011<br><br>DCN: LSL-5<br><br>**EX PARTE MOTION TO SHORTEN TIME TO HEAR MOTION TO MODIFY SCHEDULING ORDER** |

ATH Asheville*, et al.*, Creditors and Plaintiffs on behalf of itself and all other similarly situated (collectively "Plaintiffs") hereby file this Ex Parte Motion to Shorten Time to Hear Motion to Modify the Scheduling Order.

On April 23, 2026, Plaintiffs filed a Motion to Modify Scheduling Order (ECF #100) seeking to extend the deadlines for Designation of Experts, Close of Discovery, Dispositive Motions, Pretrial Statements, and Pretrial Conference. The current deadlines are –

a. *Designation of experts: April 24, 2026*

b. *Close of discovery: June 8, 2026*

c. *Dispositive motions: June 15, 2026*

d. *Plaintiff's pretrial statement: June 23, 2026*

e. *Defendant's pretrial statement: June 30, 2026*

f. *Pretrial conference: July 7, 2026; 11:00 a.m.*

On April 22, 2026, Defendant's counsel sent an email to Plaintiff's counsel stating he is "in the process of preparing motions to withdraw" and "not in a position to agree" to a stipulation to modify the deadlines. Plaintiff's counsel sent Plaintiffs' Rule 26 Disclosures, Request for Production of Documents, and Interrogatories to Defendant's counsel on April 22, 2026. Plaintiffs' counsel is also seeking an agreeable date to conduct a deposition of Defendant on or before the current discovery cut-off date of June 8, 2026. Plaintiffs' counsel has yet to receive Defendant's Rule 26 Disclosures or hear back from the Defendant regarding a deposition date.

Due to the strict scheduling order and the potential withdrawal of Defendant's counsel, Plaintiffs seek to shorten time to hear the Motion to Modify Scheduling Order and request a hearing on May 5, 2026 at 11 a.m. Plaintiffs' counsel spoke with Defendant's counsel, who is available on this date.

***Wherefore***, Plaintiffs request the Court enter an order shortening the time on Plaintiffs' Motion to Modify Scheduling Order and setting a hearing on May 5, 2026 at 11 a.m.

RESPECTFULLY SUBMITTED

DATED: April 24, 2026

RESPECTFULLY SUBMITTED

LEO SPANOS LAW

*/s/Leonidas G. Spanos*
LEONIDAS G. SPANOS
Attorney for Plaintiffs

DATED: April 24, 2026

RESPECTFULLY SUBMITTED

LUTHER LANARD, PC

*/s/Doug Luther*
DOUG LUTHER
Co-Counsel for Plaintiffs