**2**

LEO SPANOS LAW
Leonidas G. Spanos, No. 261837
111 Deerwood Road, Suite 200
San Ramon, California 94583
T: (916) 583-7206
F: (916) 583-7856
leo@leospanoslaw.com

Attorney for Plaintiffs

LUTHER LANARD, PC
Doug Luther, SBN 280550
4675 MacArthur Court, Ste 1240
Newport Beach, CA 92660
T: (949) 806-6039
dluther@lutherlanard.com

Co-Counsel for Plaintiffs

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION**

| | |
|---|---|
| In Re:<br><br>COLTON SCOTT PAULHUS,<br><br>Debtor<br><br>ATH Asheville, *et al.*<br><br>Creditors and Plaintiffs on behalf of itself and all other similarly situated<br><br>vs.<br><br>COLTON SCOTT PAULHUS<br><br>Defendant | Case No.: 24-24588-B-7<br><br>Adv. No.: 25-02011<br><br>DCN: LSL-5<br><br>**DECLARATION OF LEONIDAS G. SPANOS IN SUPPORT OF EX PARTE MOTION TO SHORTEN TIME TO HEAR MOTION TO MODIFY SCHEDULING ORDER** |

I, Leonidas G. Spanos, declare as follows:

1. I am the owner of Leo Spanos Law, and I represent the above referenced Plaintiffs in this adversary proceeding

2. On January 21, 2025, I caused to be filed Plaintiffs adversary proceeding objecting to Debtor's discharge pursuant 11 U.S.C. § 523(a)(2) and (a)(6).

3. I filed a Motion to Modify Scheduling Order and Ex Parte Motion to Shorten Time to hear Motion to Modify Scheduling Order.

4. I am requesting that the Court enter an order scheduling a hearing on May 5, 2026 at 11 a.m.

5. I have spoken with Defendant's counsel (Sean Flynn) who informed me that he is available on May 5, 2026 at 11 a.m.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Roseville, California on April 24, 2026.

*/s/ Leonidas G. Spanos*
LEONIDAS G. SPANOS