**2**
LEO SPANOS LAW
Leonidas G. Spanos, No. 261837
111 Deerwood Road, Suite 200
San Ramon, California 94583
T: (916) 583-7206
F: (916) 583-7856
leo@leospanoslaw.com

Attorney for Plaintiffs

LUTHER LANARD, PC
Doug Luther, SBN 280550
4675 MacArthur Court, Ste 1240
Newport Beach, CA 92660
T: (949) 806-6039
dluther@lutherlanard.com

Co-Counsel for Plaintiffs

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION**

| | |
|---|---|
| In Re:<br><br>COLTON SCOTT PAULHUS,<br><br>Debtor<br><br>______________________________<br><br>ATH Asheville, *et al.*<br><br>Creditors and Plaintiffs on behalf of itself and all other similarly situated<br><br>vs.<br><br>COLTON SCOTT PAULHUS<br><br>Defendant | Case No.: 24-24588-B-7<br><br>Adv. No.: 25-02011<br><br>DCN: LSL-5<br><br>**ORDER MODIFYING SCHEDULING ORDER AND SETTING PRETRIAL CONFERENCE** |

On April 23, 2026, ATH Asheville*, et al.*, Creditors and Plaintiffs on behalf of itself and all other similarly situated (collectively "Plaintiffs") filed a Motion to Modify Scheduling Order and Declaration in support thereof. (ECF #100-101). On April 24, 2026, Plaintiffs filed Ex-Parte Motion to Shorten Time to Hear the Motion to Modify Scheduling Order and requested a hearing on May 5, 2026 at 11 a.m. (ECF #102-103). The Motion to Modify Scheduling Order and Ex-Parte Motion to Shorten Time were served on the Defendant and Defendant's Counsel on April 28, 2026. (ECF #104-105).

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED**

1. The Ex-Parte Motion to Shorten Time to Hear Motion to Modify Scheduling Order is **DENIED AS MOOT.**

2. Plaintiff's Motion to Modify Scheduling Order is **GRANTED.**

3. The current Scheduling Order is **MODIFIED** as follows:

a. Exchange of Rule 26 Disclosures: June 15, 2026

b. Designation of experts: July 1, 2026

c. Close of discovery: October 8, 2026

d. Dispositive motions: October 15, 2026

e. Plaintiff's pretrial statement: October 23, 2026

f. Defendant's pretrial statement: October 30, 2026

g. Pretrial conference: **November 10, 2026 at 11:00 a.m**

**Dated:** April 29, 2026

Christopher D. Jaime, Chief Judge
United States Bankruptcy Court